AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN 17 2016

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-16-1171-M |
| Jovanna Marie GONZALEZ | ) | |
| YOB: 1991 | ) | |
| Citizenship: United States | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 4, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 | knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by

[signature]

*Complainant's signature*

Irineo Garza, U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/17/2016

[signature]
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

Attachment "A"

On June 4, 2016, Sullivan City Police Department (SPD) conducted a traffic stop on a red Dodge Charger near the intersection of US Expressway 83 and FM 886. The traffic stop was conducted for failure to stop at a designated point. The officer approached the vehicle and observed a female driver and two male passengers who were sitting in the rear passenger area of the vehicle. The officer identified the driver as Jovanna Marie GONZALEZ. The two passengers were believed to be the United States illegally, so SPD contacted United States Border Patrol (BP) agents who were able to confirm the two male passengers were in fact in the United States without any document which would allow them to be in, reside, or pass through the United States legally.

During a post Miranda interview of GONZALEZ, she stated she knew what she was doing and was going to transport the two male undocumented aliens (UDAs) to a residence in McAllen, Texas. GONZALEZ also stated she was going to be paid $200 USD per person she was transporting.

Nestor Oloniel Cerna-Vasquez and Dulce Nombre Mejia-Perez, both citizen of El Salvador, will be held as material witnesses in this case. During an interview Cerna-Vasquez was able to identify GONZALEZ as the person who was driving the vehicle he was being transported in. Cerna-Vasquez also stated GONZALEZ also instructed the two UDAs to lay down so no one would see them.